ECF CASE
JUDGE PATTERSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

       Plaintiff,

- against -

FIORDALIZA ALVAREZ, Individually, and as officer, director, shareholder and/or principal of C & F ENTERPRISES INC. d/b/a LA PALMA BAR & GRILL a/k/a ESCOBAR a/k/a ESCO BAR,

and

C & F ENTERPRISES INC. d/b/a LA PALMA BAR & GRILL a/k/a ESCOBAR a/k/a ESCO BAR,
       Defendants.
-----------------------------------------------------------------

**MOTION FOR CONTINUANCE**
Civil Action No. 07-CV-8852-RPP-HBP
HON. ROBERT P. PATTERSON, JR.

  Come now plaintiff, J & J SPORTS PRODUCTIONS, INC., and moves this Court for an Order of Continuance to adjourn the Conference from December 14, 2007 at 9:00 a.m. for thirty days (30) in order to give plaintiff sufficient time to complete service of process on the defendants.

  Attached hereto is a proposed order for the Court setting forth the proposed relief requested herein.


Dated: December 10, 2007
  Ellenville, NY 12428

       /s/ Julie Cohen Lonstein
       JULIE COHEN LONSTEIN, ESQ.
       Attorney for Plaintiff
       Bar Roll No. JL8521
       LONSTEIN LAW OFFICE, P.C.
       1 Terrace Hill : P.O. Box 351
       Ellenville, NY 12428
       Telephone: (845) 647-8500
       Facsimile: (845) 647-6277

ECF CASE
JUDGE PATTERSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                   Plaintiff,        **ORDER FOR CONTINUANCE**
  - against -                            Civil Action No. 07-cv-08852
                                              Hon. Robert P. Patterson

FIORDALIZA ALVAREZ, Individually, and as officer, director, shareholder and/or principal of C & F ENTERPRISES INC. d/b/a LA PALMA BAR & GRILL a/k/a ESCOBAR a/k/a ESCO BAR,

and

C & F ENTERPRISES INC. d/b/a LA PALMA BAR & GRILL a/k/a ESCOBAR a/k/a ESCO BAR,

                   Defendants.
----------------------------------------------------------------

     Considering the motion of the plaintiff for continuance of the Conference for thirty(30) days allowing time to complete service of process on all of the defendants herein, it is:

     ORDERED, that the December 14, 2007 Conference be continued.

     Dated this ____ day of _____, 2007

                                      _____
                                      **HON. ROBERT P. PATTERSON, JR.**
                                        United States District Judge