PATTERSON, J

ECF CASE
JUDGE PATTERSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/07
```

**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007
DeLaHoya/Mayweather** Program,

         Plaintiff,

- against -

FIORDALIZA ALVAREZ, Individually, and as
officer, director, shareholder and/or principal of
C & F ENTERPRISES INC. d/b/a LA PALMA
BAR & GRILL a/k/a ESCOBAR a/k/a ESCO
BAR,

and

C & F ENTERPRISES INC. d/b/a LA PALMA
BAR & GRILL a/k/a ESCOBAR a/k/a ESCO
BAR,

        Defendants.

**ORDER FOR CONTINUANCE**
Civil Action No. 07-cv-08852
Hon. Robert P. Patterson

Considering the motion of the plaintiff for continuance of the Conference for thirty (30) days allowing time to complete service of process on all of the defendants herein, it is:

ORDERED, that the December 14, 2007 Conference be continued to 2/14/08 at 9:30.

Dated this 10 day of December 2007

          HON. ROBERT P. PATTERSON, JR.
          United States District Judge