| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC., ET AL**<br><br>V.<br><br>**FIORDALIZA ALVAREZ, INDIVIDUALLY, AND AS OFFICER, DIRECTOR, SHAREHOLDER AND/OR PRINCEPAL OF C & F ENTERPRISES INC., ET AL** | **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**<br>Docket/Index # 07 CIV 8852<br><br>**Affidavit of Service** |

**State of New Jersey**
                           SS:
**County of Bergen**

I, **NOEL B. GLASTEIN** being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, has no direct personal interest in this litigation, is over 18 years of age and resides in, the State of New Jersey.

That on **November 13, 2007** at **7:35 AM**, deponent served the within named **SUMMONS IN A CIVIL ACTION AND COMPLAINT** upon **FIORDALIZA ALVAREZ**. Said service was effected at **57 S. WOODSIDE AVE, BERGENFIELD, NJ 07621**, in the following manner;

By delivering thereat a true copy of each to **RONALD SALOZAR**, **CO-TENANT**, a person of suitable age and discretion. That person was also asked by deponent whether said premises was **FIORDALIZA ALVAREZ**'s dwelling place or usual place of abode and their reply was affirmative.

**RONALD SALOZAR** is described to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male**  Skin Color: **Hispanic**  Hair: **Black**  Age(Approx): **20**  Ht.(Approx): **6'**  Wt.(Approx): **170-180 lbs**

I **NOEL B. GLASTEIN** asked, whether **FIORDALIZA ALVAREZ** was in the military service of the State or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid, deponent avers that **FIORDALIZA ALVAREZ** is not in the military service of the State or the United States as that term is defined in the statues of the State or the Federal Soldiers and Sailors Civil Relief Act.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on November 14, 2007

_____
DONNA JEAN ARCIUOLO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 1/27/12

_____
NOEL B. GLASTEIN, Process Server
Mountain Support Services, Inc.
1 Terrace Hill
P.O. Box 615
Ellenville, NY 12428
845-647-7782

CLS # 36046

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the May 5, 2007
DeLaHoya/Mayweather Program,
                    Plaintiff,
          V.

FIORDALIZA ALVAREZ, Individually, and as officer,
director, shareholder and/or principal of C & F
ENTERPRISES INC. d/b/a LA PALMA BAR & GRILL
a/k/a ESCOBAR a/k/a ESCO BAR, and C & F
ENTERPRISES INC. d/b/a LA PALMA BAR & GRILL
a/k/a ESCOBAR a/k/a ESCO BAR,
                    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:



07 CIV 8852

JUDGE PATTERSON

TO: (Name and address of Defendant)

<u>FIORDALIZA ALVAREZ, Individually, and as officer, director, shareholder and/or principal of C & F ENTERPRISES INC. d/b/a LA PALMA BAR & GRILL a/k/a ESCOBAR a/k/a ESCO BAR</u>
57 S. Woodside Avenue
Bergenfield, NJ  07621        Our File No. 07-4-S14

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York  12428
Tel. (845)647-8500

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                        OCT 1 2 2007
CLERK                                              DATE
    /s/ Marcos Quintero
(By) DEPUTY CLERK