ECF CASE
JUDGE PATTERSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                    Plaintiff,

-against-

FIORDALIZA ALVAREZ, Individually, and as officer, director, shareholder and/or principal of C & F ENTERPRISES INC. d/b/a LA PALMA BAR & GRILL a/k/a ESCOBAR a/k/a ESCO BAR,

and

C & F ENTERPRISES INC. d/b/a LA PALMA BAR & GRILL a/k/a ESCOBAR a/k/a ESCO BAR,
                    Defendants.
-----------------------------------------------------------------

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**
Civil Action No. 07-cv-08852
HON. ROBERT P. PATTERSON

TO:    J. MICHAEL McMAHON, CLERK
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF NEW YORK

Please enter default of the following Defendants:

**FIORDALIZA ALVAREZ, Individually, and as officer, director, shareholder and/or principal of C & F ENTERPRISES INC. d/b/a LA PALMA BAR & GRILL a/k/a ESCOBAR a/k/a ESCO BAR, and C & F ENTERPRISES INC. d/b/a LA PALMA BAR & GRILL a/k/a ESCOBAR a/k/a ESCO BAR,** pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the Court's file herein and from the attached affidavit of Julie Cohen Lonstein, Esq.

-2-

Dated: January 14, 2008                    LONSTEIN LAW OFFICE, P.C.
      Ellenville, New York

                                                                 By: /s/ Julie Cohen Lonstein
                                                                     Julie Cohen Lonstein
                                                                     Bar Roll No. JL8512
                                                                     Attorney for Plaintiff
                                                                     1 Terrace Hill; PO Box 351
                                                                     Ellenville, NY 12428
                                                                     Telephone:  845-647-8500
                                                                     Facsimile:   845-647-6277