ECF CASE
JUDGE PATTERSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
**GARDEN CITY BOXING CLUB, INC.**
as Broadcast Licensee of the **September 18, 2004
DeLaHoya/Hopkins**, Program.

                                      Plaintiff,

      -against-                        **CERTIFICATE OF SERVICE**
                                                        Civil Action No. 07-cv-08852
                                                        HON. ROBERT P. PATTERSON

FIORDALIZA ALVAREZ, Individually, and as
officer, director, shareholder and/or principal of
C & F ENTERPRISES INC. d/b/a LA PALMA
BAR & GRILL a/k/a ESCOBAR a/k/a ESCO BAR,

and

C & F ENTERPRISES INC. d/b/a LA PALMA
BAR & GRILL a/k/a ESCOBAR a/k/a ESCO BAR

                                      Defendants
-----------------------------------------------------------

      The undersigned certifies that on the 14th day of January 2008 your deponent served the following documents by regular mail:

      1) Request for Default
      2) Affidavit in Support of Request for Default
      3) Clerk's Certificate
      4) ECF #4 Conference Order

on the following:

C & F Enterprises, Inc.
132 Audubon Ave.
New York, NY 10032

Fiordaliza Alvarez
57 S. Woodside Ave.
Bergenfield, NJ 07621

                                                                 /s/ Julie Cohen Lonstein
                                                                  Julie Cohen Lonstein