ECF CASE
JUDGE PATTERSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.**, as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

                           Plaintiff,

-against-

FIORDALIZA ALVAREZ, Individually, and as
officer, director, shareholder and/or principal of
C & F ENTERPRISES INC. d/b/a LA PALMA BAR
& GRILL a/k/a ESCOBAR a/k/a ESCO BAR,

and

C & F ENTERPRISES INC. d/b/a LA PALMA BAR
& GRILL a/k/a ESCOBAR a/k/a ESCO BAR,
                           Defendants.
------------------------------------------------------------



Courtesy
MEMO ENDORSED

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**
Civil Action No. 07-cv-08852
HON. ROBERT P. PATTERSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08

TO:   J. MICHAEL McMAHON, CLERK
       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK

Please enter default of the following Defendants:

**FIORDALIZA ALVAREZ, Individually, and as officer, director, shareholder and/or principal of C & F ENTERPRISES INC. d/b/a LA PALMA BAR & GRILL a/k/a ESCOBAR a/k/a ESCO BAR, and C & F ENTERPRISES INC. d/b/a LA PALMA BAR & GRILL a/k/a ESCOBAR a/k/a ESCO BAR,** pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the Court's file herein and from the attached affidavit of Julie Cohen Lonstein, Esq.

-2-

Dated: January 14, 2008             LONSTEIN LAW OFFICE, P.C.
       Ellenville, New York

                                     By: /s/ Julie Cohen Lonstein
                                           Julie Cohen Lonstein
                                           Bar Roll No. JL8512
                                           Attorney for Plaintiff
                                           1 Terrace Hill; PO Box 351
                                           Ellenville, NY 12428
                                           Telephone: 845-647-8500
                                           Facsimile: 845-647-6277

*[Handwritten notation: "application granted So ordered" with signature and date 1/22/08]*