ECF CASE
JUDGE PATTERSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,
                                       Plaintiff,

                                  **ATTORNEY'S AFFIDAVIT OF COSTS**
                                  **AND FEES**
      -against-                    Civil Action No. 07-cv-08852
                                    HON. ROBERT P. PATTERSON

FIORDALIZA ALVAREZ, Individually, and as
officer, director, shareholder and/or principal of
C & F ENTERPRISES INC. d/b/a LA PALMA
BAR & GRILL a/k/a ESCOBAR a/k/a ESCO BAR,

and

C & F ENTERPRISES INC. d/b/a LA PALMA
BAR & GRILL a/k/a ESCOBAR a/k/a ESCO BAR,

                Defendants.
-----------------------------------------------------------------
STATE OF NEW YORK :
                         : SS.:
COUNTY OF ULSTER :

      JULIE COHEN LONSTEIN, being duly sworn, deposes and says:

      1.      That I am the attorney for Plaintiff, J & J Sports Productions, Inc., in the above referenced matter and I am admitted to practice in this Court. I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

      2.      I make this affidavit in support of Plaintiff's motion for default judgment and damages, costs and fees.

      3.      Plaintiff's litigation expenses as associated with the formation, pleading and filing of the above captioned matter are as outlined below:

    a.    Filing Fees -   $350.00

    b.    Service of Process - $200.00
Attached hereto as Exhibit "A," please find invoice from Signal Auditing, Inc., reflecting the cost of service upon the Defendants.

    c.    Attorneys Fees - $800.00
See below

Total Litigation Expenses .............................($1350.00)

4.    Attorney fees at $200.00 per hour for attorney time spent and $75.00 for paralegal time spent are as follows:

| Date | Action | (in hours) | Fee | |
|---|---|---|---|---|
| 07/18/2007 | Factual research and development | .50 | $100.00 | Atty |
| 07/18/2007 | Claim Letter issued | .25 | $18.75 | Para |
| 08/22/2007 | Final Notice | .25 | $18.75 | Para |
| 09/26/2007 | TC to Defendant | .12 | $25.00 | Atty |
| 10/10/2007 | Complaint drafted, Corporate disclosure | .50 | $300.00 | Atty |
| 10/10/2007 | Complaint sent to Court for Filing | .25 | $18.75 | Para |
| 11/01/2007 | Arranged Service | .25 | $18.75 | Para |
| 11/02/2007 | Review Order | .13 | $25.00 | Atty |
| 12/10/2007 | Mtn for Continuance | .25 | $50.00 | Atty |
| 12/10/2007 | Filed and mailed Motion | .25 | $18.75 | Para |
| 12/17/2007 | Review Service | .12 | $25.00 | Atty |
| 12/18/2007 | Filed and mailed Proofs of Service | .25 | $18.75 | Para |
| 01/14/2008 | Drafting Request for Default | .50 | $100.00 | Atty |
| 01/14/2008 | Filed and mailed Request For Default | .50 | $37.50 | Para |
| 01/17/2008 | Review Clerk's Certificate | .13 | $25.00 | Atty |

| 02/06/2008 | Drafted Motion for Default | 1.0 | $200.00 | Atty |

|  | **Hours** | **Fee** |
|---|---|---|
|  | 3.25 Atty | $650.00 |
|  | 2.00 Para | $150.00 |

|  | **Total** | $800.00 |

5. As part of its factual research, Plaintiff's Counsel conducted a search of the New York State Division of Alcoholic Beverage Control, State Liquor Authority. The results show that Fioraliza Alvarez is Principal of C & F Enterprises, Inc., trade name La Palma Bar & Grill. The Public Query results page is attached hereto as Exhibit "B".

We respectfully request that judgment be entered in favor of Plaintiff and against

the Defendants in the manner stated herein.

**WHEREFORE,** your deponent respectfully requests that this Court in its discretion grant judgment by default under 605(a) on COUNT I of the Plaintiff's complaint against the Defendants jointly and severally as follows:

**Against, FIORDALIZA ALVAREZ, Individually, and as officer, director, shareholder and/or principal of C & F ENTERPRISES INC. d/b/a LA PALMA BAR & GRILL a/k/a ESCOBAR a/k/a ESCO BAR,**

1) under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of up to TEN THOUSAND DOLLARS ($10,000.00)

2) and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of up to ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3) and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of SIX HUNDRED SEVENTY FIVE DOLLARS ($675.00)

**Against, C & F ENTERPRISES INC. d/b/a LA PALMA BAR & GRILL a/k/a ESCOBAR a/k/a ESCO BAR,**

1) under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of up to TEN THOUSAND DOLLARS ($10,000.00)

2)  and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of <u>up to</u> ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3)  and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of SIX HUNDRED SEVENTY FIVE DOLLARS ($675.00)


Dated: February 6, 2008
      Ellenville, NY 12428

/s/ Julie Cohen Lonstein
Julie Cohen Lonstein, Esq.
Bar Roll No. JL8512
Lonstein Law Office, P.C.
Attorneys for Plaintiff
1 Terrace Hill; PO Box 351
Ellenville, NY 12428
Telephone: 845-647-8500
Facsimile: 845-647-6277

Sworn to before me this 6th
day of February 2008

/s/ April Draganchuk
**April Draganchuk**
**Notary Public State of New York**
**Registration No. 4945872**
**Residing in Ulster County**
**My Commission Expires Jan. 27, 2011**

Exhibit A

# Invoice



**Mountain Support Services**
1 Terrace Hill
P.O. Box 615
Ellenville, NY 12428

| Date | Invoice # |
|---|---|
| 11/21/2007 | 1158 |

| Bill To |
|---|
| Lonstein Law Office, PC<br>Wayne D Lonstein<br>1 Terrace Hill<br>P.O. Box 351<br>Ellenville, NY 12428 |

| Description | Amount |
|---|---|
| INDIVIDUAL SERVICE<br>J&J v. FIORDALIZA ALVAREZ<br>YOUR FILE #07-4-S14<br>CV #07-8852 | 100.00 |
| **Total** | **$100.00** |

# Invoice

**Mountain Support Services**

1 Terrace Hill
P.O. Box 615
Ellenville, NY 12428

| Date | Invoice # |
|---|---|
| 11/14/2007 | 1157 |

**Bill To**

Lonstein Law Office, PC
Wayne D Lonstein
1 Terrace Hill
P.O. Box 351
Ellenville, NY 12428

| Description | Amount |
|---|---|
| CORPORATE SERVICE ON SECRETARY OF STATE<br>J&J v. C&F ENTERPRISES, INC<br>YOUR FILE #07-4-S14<br>CV#07-8852 | 100.00 |

**Total** $100.00

Exhibit B



**Eliot Spitzer**
Governor

Division of Alcoholic Beverage Control
State Liquor Authority

**Daniel B. Boyle**
Chairman

Noreen Healey
Commissioner

Joshua B. Toas
CEO

- Home
- Office Directory
- Licensing Information
- Online Licensing
- Forms Download
- **Public License Query**
- Wholesale
- Full Board Calendar
- 500 Foot Hearings
- Press Office
- Enforcement
- Training Information
- FAQs
- ABC Law
- Mission Statement
- Privacy
- Security

[ Help ]

## Public Query - Results

**License Information**

- **Serial Number:** 1163195
- **License Type:** TAVERN WINE
- **License Status:** License is Active
- **Credit Group:** 4
- **Filing Date:** 03/31/2005
- **Effective Date:** 04/01/2007
- **Expiration Date:** 03/31/2008

**Premises Information**

- **Principal's Name:** ALVAREZ,FIORDALIZA
- **Premises Name:** C & F ENTERPRISES, INC
- **Trade Name:** LA PALMA BAR & GRILL
- **Zone:** 1
- **Address:** 132 AUDUBON AVENUE
  181ST & 172ND STREETS
  NEW YORK, NY 10032
- **County:** NEW YORK

You can select one of the following links to perform another search:

- **Search by Name**
- **Search by License Number**
- **Search by Location**
- **Search by Principal**