ECF CASE
JUDGE PATTERSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program
       Plaintiff,

  -against-

FIORDALIZA ALVAREZ, Individually, and as
officer, director, shareholder and/or principal of
C & F ENTERPRISES INC. d/b/a LA PALMA
BAR & GRILL a/k/a ESCOBAR a/k/a ESCO BAR,

and

C & F ENTERPRISES INC. d/b/a LA PALMA
BAR & GRILL a/k/a ESCOBAR a/k/a ESCO BAR
       Defendants.
-----------------------------------------------------------------

**RULE 54(b) STATEMENT**
Civil Action No. 07-cv-08852
HON. ROBERT P. PATTERSON

  Plaintiff, J & J Sports Productions, Inc., as and for its Statement pursuant to Rule 54(b) of

the Federal Rules of Civil Procedure hereby states as follows:

  There is no just reason for delay in this Default Judgment as the interest of justice require

the issuance of judgment as requested without further delay, as the defaulting Defendants are the

only remaining Defendants in this case.

Dated: February 6, 2008
  Ellenville, NY  12428        LONSTEIN LAW OFFICE, P.C.

                By: /s/Julie Cohen Lonstein
                  Julie Cohen Lonstein
                  Bar Roll No.  JL8521
                  Attorney for Plaintiff
                  1 Terrace Hill; PO Box 351
                  Ellenville, NY 12428
                  Telephone:  845-647-8500
                  Facsimile:   845-647-6277