ECF CASE
JUDGE PATTERSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program
         Plaintiff,

 -against-

FIORDALIZA ALVAREZ, Individually, and as
officer, director, shareholder and/or principal of
C & F ENTERPRISES INC. d/b/a LA PALMA
BAR & GRILL a/k/a ESCOBAR a/k/a ESCO BAR,

and

C & F ENTERPRISES INC. d/b/a LA PALMA
BAR & GRILL a/k/a ESCOBAR a/k/a ESCO BAR,
       Defendants
------------------------------------------------------------

**STATEMENT FOR JUDGMENT**
Civil Action No. 07-cv-08852
HON. ROBERT P. PATTERSON

**Principal Amount**.......................................................................................$ 110,000.00

**Costs:**
  Filing Fees (per Defendant)....................................................................$ 175.00

  Process Server (per Defendant)................................................................$ 100.00

  Attorney's Fee (per Defendant)................................................................$ 400.00

**TOTAL (Per Defendant)**..........................................................................$ 111,675.00

  ***BETWEEN $10, 000 - $110, 000 IN THE DISCRETION OF THE COURT***

        LONSTEIN LAW OFFICE, P.C.

        By: _/s/ Julie Cohen Lonstein_
         Julie Cohen Lonstein
         Bar Roll No. JL8521
         Attorney for Plaintiff
         1 Terrace Hill; PO Box 351
         Ellenville, NY 12428
         Telephone: 845-647-8500
         Facsimile: 845-647-6277