ECF CASE
JUDGE PATTERSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program

                          Plaintiff,

          -against-                    **CERTIFICATE OF SERVICE**
                                      Civil Action No. 07-cv-08852
                                      HON. ROBERT P. PATTERSON

FIORDALIZA ALVAREZ, Individually, and as
officer, director, shareholder and/or principal of
C & F ENTERPRISES INC. d/b/a LA PALMA
BAR & GRILL a/k/a ESCOBAR a/k/a ESCO BAR,

and

C & F ENTERPRISES INC. d/b/a LA PALMA
BAR & GRILL a/k/a ESCOBAR a/k/a ESCO BAR
                               Defendants
-----------------------------------------------------------------
       The undersigned certifies that on the 7th    day of your deponent served the following
documents by Certified Mail Return Receipt Requested:

       Notice of Motion
       Default Judgment
       Attorney Affidavit of Cost and Fees
       Plaintiff's Affidavit
       Memorandum of Law
       Statement for Judgment
       Rule 54b Statement
       Clerk Certificate of Default
       Certificate of Service

on the following:

C & F Enterprises, Inc.
132 Audubon Ave.
New York, NY 10032

Fiordaliza Alvarez
57 S. Woodside Ave.
Bergenfield, NJ 07621

                                      /s/ Julie Cohen Lonstein
                                      Julie Cohen Lonstein