ECF CASE
JUDGE PATTERSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                    Plaintiff,

- against -

FIORDALIZA ALVAREZ, Individually, and as officer, director, shareholder and/or principal of C & F ENTERPRISES INC. d/b/a LA PALMA BAR & GRILL a/k/a ESCOBAR a/k/a ESCO BAR,

and

C & F ENTERPRISES INC. d/b/a LA PALMA BAR & GRILL a/k/a ESCOBAR a/k/a ESCO BAR,
                    Defendants.
-----------------------------------------------------------------

**MOTION FOR CONTINUANCE**
Civil Action No. 07-CV-8852-RPP-HBP
HON. ROBERT P. PATTERSON, JR.

    Come now plaintiff, **J & J SPORTS PRODUCTIONS, INC.,** and moves this Court for an Order of Continuance to adjourn the Conference scheduled for February 14, 2008 at 9:00 a.m., as plaintiff has filed a Motion for Default Judgment as against the defaulting defendants by ECF, and their likelihood of appearing for the scheduled conference is slight.

    Attached hereto is a proposed order for the Court setting forth the proposed relief requested herein.

                                **J & J SPORTS PRODUCTIONS, INC.**
                                By: /s/ Julie Cohen Lonstein
                                   JULIE COHEN LONSTEIN, Esq.
                                   LONSTEIN LAW OFFICE, P.C.
                                   Attorney for Plaintiff
                                   1 Terrace Hill, P.O. Box 351
                                   Ellenville, NY 12428
                                   (845) 647-8500

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document was served upon all parties or attorneys at the address set forth below on the 7th day of February, 2008:

C & F Enterprises, Inc.
132 Audubon Ave.
New York, NY 10032

Fiordaliza Alvarez
57 S. Woodside Ave.
Bergenfield, NJ 07621

By:[x] U.S. Mail, postage prepaid

/s/ Julie Cohen Lonstein
JULIE COHEN LONSTEIN