ECF CASE
JUDGE PATTERSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                        Plaintiff,

- against -

FIORDALIZA ALVAREZ, Individually, and as officer, director, shareholder and/or principal of C & F ENTERPRISES INC. d/b/a LA PALMA BAR & GRILL a/k/a ESCOBAR a/k/a ESCO BAR,

and

C & F ENTERPRISES INC. d/b/a LA PALMA BAR & GRILL a/k/a ESCOBAR a/k/a ESCO BAR,

                        Defendants.
-----------------------------------------------------------------

**ORDER FOR CONTINUANCE**
Civil Action No. 07-CV-8852-RPP-HBP
HON. ROBERT P. PATTERSON, JR.

      Considering the motion of the plaintiff for continuance of the Conference scheduled for February 14, 2008 at 9:00 a.m .that a motion for default has been submitted to the Court via ECF.

      ORDERED, that the Conference scheduled for February 14, 2008 at 9:00 a.m. be continued.


      Dated this ____ day of February, 2008.

                                        _____
                                        **HON. ROBERT P. PATTERSON, JR.**
                                            United States District Judge