```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the May 5, 2007
DeLaHoya/Mayweather Program,

                                      Plaintiff,          07 Civ. 8852 (RPP)

        - against -                              **ORDER**

FIORDALIZA ALVAREZ, Individually, and as
officer, director, shareholder and/or principal of
C & F ENTERPRISES INC., d/b/a LA PALMA
BAR & GRILL, a/k/a ESCOBAR, a/k/a ESCO
BAR,

                      and

C & F ENTERPRISES INC., d/b/a LA PALMA
BAR & GRILL, a/k/a ESCOBAR, a/k/a ESCO
BAR,

                                      Defendants.
------------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

     Plaintiff's motion for default judgment is granted. Inquest on damages was referred to Magistrate Judge Pitman on February 13, 2008.

     IT IS SO ORDERED.

Dated: New York, New York
          Nunc Pro Tunc - February 13, 2008

                                                  _____
                                                  ROBERT P. PATTERSON, JR.
                                                  U.S.D.J.

Copies of this Order sent to:

Julie Cohen Lonstein, Esq.
Lonstein Law Office, P.C.
1 Terrance Hill
P.O. Box 351
Ellenville, NY 12428

Ms. Fiordaliza Alvarez
57 S. Woodside Avenue
Bergenfield, NJ 07621

C & F Enterprises, Inc.
132 Audubon Avenue
New York, NY 10032

Magistrate Judge Henry Pitman