ECF CASE
JUDGE PATTERSON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

              Plaintiff,

- against -

FIORDALIZA ALVAREZ, Individually, and as
officer, director, shareholder and/or principal of
C & F ENTERPRISES INC. d/b/a LA PALMA
BAR & GRILL a/k/a ESCOBAR a/k/a ESCO
BAR,

and

C & F ENTERPRISES INC. d/b/a LA PALMA
BAR & GRILL a/k/a ESCOBAR a/k/a ESCO
BAR,
              Defendants.
-------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08

**ORDER FOR CONTINUANCE**
Civil Action No. 07-CV-8852-RPP-HBP
HON. ROBERT P. PATTERSON, JR.

    Considering the motion of the plaintiff for continuance of the Conference scheduled for February 14, 2008 at 9:00 a.m. that a motion for default has been submitted to the Court via ECF.

    ORDERED, that the Conference scheduled for February 14, 2008 at 9:00 a.m. be continued.

Dated this 7 day of February, 2008.

nunc pro tunc
8/20/08 RPP

HON. ROBERT P. PATTERSON, JR.
United States District Judge