```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the May 5, 2007
DeLaHoya/Mayweather Program,

                        Plaintiff,                  07 Civ. 8852 (RPP) (HBP)

       - against -                     **ORDER ACCEPTING**
                                                         **MAGISTRATE'S REPORT**

FIORDALIZA ALVAREZ, Individually,
and as officer, director, shareholder and/or
principal of C&F Enterprises Inc., d/b/a
"La Palma Bar & Grill," a/k/a "Escobar,"
a/k/a "Esco Bar," and C&F ENTERPRISES
INC., d/b/a "La Palma Bar & Grill," a/k/a
"Escobar," a/k/a "Esco Bar,"

                        Defendants.
------------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

       This Court has received and reviewed the Report and Recommendation (the "Report") issued by Magistrate Judge Henry B. Pittman on September 10, 2009. No objections to the Report were received from Plaintiff or Defendants. The Court has considered the Report and agrees with the Report's recommendations. Accordingly, it is hereby

       ORDERED that the Report and Recommendation issued by Magistrate Judge Henry B. Pittman on September 10, 2009 is accepted in accordance with 28 U.S.C. § 636(b). Accordingly, it is further

       ORDERED that in accordance with the Report and Recommendation the Plaintiff is awarded (1) $12,500 in statutory damages; (2) $5,000 for Defendants' willful unlawful conduct; (3) no attorneys fees for failure to keep contemporaneous records; and (4) $550 for costs, against Defendants, jointly and severally, for a total judgment of $18,050.00.

Enter judgment.

IT IS SO ORDERED.

Dated: New York, New York
September 25, 2009

_____
Robert P. Patterson, Jr.
U.S.D.J.

Copy of this order faxed to:

*Counsel for Plaintiff:*

Julie Cohen Lonstein, Esq.
Lonstein Law Office, P.C.
1 Terrace Hill
P.O. Box 351
Lonstein Professional Building
Ellenville, NY   12428
Tel: 845-647-8500
Fax: 845-647-6277

Copies of this order mailed to:

*Defendants:*

Fiordaliza Alvarez
57 South Woodside Avenue
Bergenfield, New Jersey   07621

C&F Enterprises Inc.
132 Audubon Avenue
New York, New York   10032

2